AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT



LODGED
CLERK, U.S. DISTRICT COURT
**10/2/25**
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ MH/ ____ DEPUTY

for the

Central District of California

| | |
|---|---|
| United States of America | |
| v. | |
| AMANDA GRACE WOLBERG, | Case No.  2:25-mj-06101-DUTY |
| Defendants. | |

FILED
CLERK, U.S. DISTRICT COURT
**10/02/2025**
CENTRAL DISTRICT OF CALIFORNIA
BY: ____ GR ____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 1, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Person Assisting a Federal Officer |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Ryan Joseph Angeles*
*Complainant's signature*

_____
Ryan Joseph Angeles, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    October 2, 2025

_____
*Judge's signature*

City and state:   Los Angeles, California

Hon. Karen Stevenson, U.S. Magistrate Judge
*Printed name and title*

AUSA:__ Nicholas Purcell, x3752 _____

**AFFIDAVIT**

I, Ryan Joseph Angeles, being duly sworn, declare and state as follows:

## I.  PURPOSE OF AFFIDAVIT

1.  This affidavit is made in support of a criminal complaint against, and arrest warrant for, Amanda Grace WOLBERG ("WOLBERG") for a violation of 18 U.S.C. § 111(a)(1) (Assault on a Person Assisting a Federal Officer).

2.  The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3.  I am a Special Agent ("SA") with the United States Department of Homeland Security, Federal Protective Service ("FPS").  I have been a Special Agent since August 2021.  From 2014 to July 2021, I was an FPS uniformed law enforcement officer.  In that position, I conducted various preliminary investigations, including investigating assaults on federal officials and employees.  I also conducted training as a Defensive Tactics Instructor on the use of force and tactics of

a law enforcement officer.  As part of my official duties as a SA, I investigate crimes against the United States that originate on United States government property, including assaults on federal officials and employees.

4.   I have completed two basic training courses at the Federal Law Enforcement Training Center in Glynco, Georgia, which included training in the investigation of various crimes, including assault on federal officials and employees.

### III. STATEMENT OF PROBABLE CAUSE

5.   Based on my review of video surveillance footage and audio recordings, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

6.   On or about October 1, 2025, at approximately 7:52 a.m., WOLBERG arrived outside of the Wilshire Federal Building in Los Angeles, California.

7.   At the time, Protective Security Officer ("PSO") A.K. was on duty outside the main entrance door of the Wilshire Federal Building so he could screen members of the public before they entered the building.  A.K. is employed by Paragon Systems and is contracted to assist FPS with security of the building. A.K. was wearing his Paragon uniform at the time and was assisting FPS to provide security at the Wilshire Federal Building.

8.   WOLBERG approached A.K. and attempted to punch him in the head with her right fist.  She did not attempt to talk to A.K. prior to attempting to punch him, nor did she provide any

2

other warning before the attempted punch.  A.K. dodged the punch, which did not contact him.

9.    Immediately after the attempted punch, A.K. and other PSOs detained WOLBERG and sat her on a bench outside the main entrance door to the building.

10.    At approximately 8:30 a.m., WOLBERG attempted to escape custody on foot.  A.K. ran after her and apprehended her again, guiding her back to the bench.  While A.K. was attempting to re-apprehend WOLBERG, she intentionally kicked A.K. hard on his left knee, which suffered redness and bruising as a result.

11.    After WOLBERG was safely in custody, FPS officers read WOLBERG her Miranda rights, which she stated that she understood.  During the recorded interview, WOLBERG then stated that she visited the Wilshire Federal Building to talk to the FBI about events that had happened to her.  She admitted to swinging at A.K. and kicking A.K. in the leg.  She stated that she assaulted A.K. because she felt like no one was listening to her and she wanted to get the attention of federal agents.

//

//

//

## IV. <u>CONCLUSION</u>

12.  For all of the reasons described above, there is probable cause to believe that WOLBERG violated 18 U.S.C. § 111(a)(1) (Assault on a Person Assisting a Federal Officer).

/s/
_____
Ryan Joseph Angeles, Special Agent
Federal Protective Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 2nd day of October, 2025.

_____
HONORABLE KAREN STEVENSON
UNITED STATES MAGISTRATE JUDGE