BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
NICHOLAS G. PURCELL (Cal. Bar No. 313632)
Assistant United States Attorney
General Crimes Section
      1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone:  (213) 894-3752
      Facsimile:  (213) 894-0141
      E-mail:    nicholas.purcell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

10/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RYO _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-06101 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT |
| v. | |
| AMANDA GRACE WOLBERG, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Nicholas G. Purcell, and defendant Amanda Grace Wolberg ("defendant"), both individually and by and through her counsel of record, Sam Cross, hereby stipulate as follows:

1.   On October 1, 2025, defendant was arrested for violating 18 U.S.C. § 111(a) (assault of a federal officer).  The Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), originally required that an information or indictment be filed on or before October 31, 2025.

2.    On October 3, 2025, defendant made her initial appearance before the Honorable Karen L. Stevenson, United States Magistrate Judge.  The Court ordered defendant detained, set the preliminary hearing for October 17, 2025 at 11:30 a.m., and the post-indictment arraignment for October 23, 2025 at 11:30 a.m.

3.    On October 14, 2025, defendant filed a waiver of her right to a preliminary examination, and the preliminary hearing was taken off calendar.

4.    By this stipulation, the parties jointly move to continue the post-indictment or post-information arraignment to November 4, 2025, at 11:30 a.m., so that it can be held after the date by which the government must file an indictment or information.

5.    The parties do not seek to move any other Court dates or deadlines, including any dates governed by the Speedy Trial Act.

Dated: October 17, 2025          Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

            /s/ *Nicholas G. Purcell*
NICHOLAS G. PURCELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 17, 2025          */s/ Sam Cross*
SAM CROSS
Attorney for Defendant
AMANDA GRACE WOLBERG

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2