FILED
CLERK, U.S. DISTRICT COURT
10/31/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00892-SVW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on a Person Assisting Federal Officer] |
| AMANDA GRACE WOLBERG, | |
| Defendant. | **[CLASS A MISDEMEANOR]** |

The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about October 1, 2025, in Los Angeles County, within the Central District of California, defendant AMANDA GRACE WOLBERG intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim A.K., a Protective Security Officer employed by Paragon Systems, Inc. and assisting officers and employees of the United States Federal Protective Service, Department

//

//

of Homeland Security, a federal agency, while A.K. was engaged in, and on account of, the performance of A.K.'s official duties.

BILAL A. ESSAYLI
Acting United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

NICHOLAS G. PURCELL
Assistant United States Attorney
General Crimes Section