Dear Judge Wilson,

I hope you're not just getting the same letter over and over. I'm writing this again because I think my attorney potentially gave me the wrong address for you. Which unfortunately doesn't surprise me. Both him and the jail are determined not to let my voice be heard. He didn't want me talking to the person who did my PSI, and one of the guards told me a grey haired lady kept trying to visit me and the unit would tell her I was refusing, but that's not true I was never notified.

And then the address my lawyer gave me for you was 350 W. 1st, but online it's the one I'm writing to now so hopefully one way or another you get this...

For the sake of transparency I didn't grow up "underprivileged". My dad was a lawyer and my mom worked for MDW + an art gallery. I had plenty of opportunities. It's the last 4 years of my life that have traumatized me, not my childhood.

Here's why they don't want me talking to anyone. (Just to clarify, there's no history of schizophrenia in my family either) if you research some of this stuff online, you'll see its real and its what I've witnessed and to some degree experienced.

The CIA program MK ultra often involves satanic ritual abuse, which involves sex abuse + torture.

There have also been multiple reports of them keeping kids here. This is not a lie. They say its at the bottom, but I'm pretty sure its actually the 5th floor, maybe both, and the S.R.A. (satanic ritual abuse) is what's happening. Men, women, + children on every unit are being sex trafficked and they're killing people here.

If you watched my interview on my discovery, I intentionally did what I did just to try to get someone to take my report. I've been being followed by a child trafficking cult, I've seen everyone I love be victimized by it and I first became aware of it about 2½ years ago but in retrospect it's been around me since I was living in Arizona. I've tried + tried to get law enforcement to address it, but unfortunately that's who's behind it.

I witnessed my niece, Sophie Ringuist being raped by multiple cops at the Van Nuys county jail. She's 14. I was there for breaking into a place I knew was trafficking kids.

I asked my lawyer to obtain the body cam footage and the footage from inside the holding area of the Van Nuys county jail, where I also saw them hang a baby from a sheet and drink the blood out of its neck

Unless they're going to put me in WITSEC although they probably won't send the real thing. I've also been told by inmates + even the guards have alluded that some of the trafficking happens during legal visits. Could be why my lawyer doesn't want me talking to anyone.

I know they keep minors here under fake identities. They had my niece here under a fake name and there's others I know of, including an african american girl the people following me have been trafficking the last 2½ years. I first met her in arizona, and I've seen her in eugene, ventura, and now here. There was a missing persons bulletin out for her from Louisiana and I called it in just for the cops in eugene to arrest her instead of helping her. I don't know her real name but she's here under the name Isis. There's also a keyence that was a minor that was here and "veronica baxen" who's actually a minor named Olivia.

There's a boy they've been torturing on the 5th floor that's only like 11. I asked the Lieutenant Coletta to do the right thing and try to put a stop to what's happening. They tried to kill the boy after I said something about it and when Lt. Coletta came back I told him I knew and he said "good". He was also talking to another girl about a protester that ran down to look for the kids that is "dead now". Then people I knew are being trafficked have told me its happening to the guys too, and in the rooms of the psychology department.

I overheard one of the orderlies telling Isis + keyence + another inmate here they were going to take them to the union station for a "party" (the orderly is under the alias amber simpson) and they were talking about how they were getting exposed to HIV there.

There's footage of it (the conversation) on the rec deck + I reported it to SIS.

I've seen child pornography on my former bunkers tablet + there's a computer here where we can see our discovery and a lot of people are here

for those in c... area can see the screen. A lot of the discovery is video's like that.

They take people out of their cells at night, and not just for transport because they're there the next day. There's no reason they should be up in the middle of the night.

I've been documenting incidences + dates in my journal.

I've made multiple reports to the DOJ.

They've retaliated against me by putting urine on my food, refusing to give me a vegetarian tray my entire time here, and sending me to the hospital cuffing me to a bed + drugging me against my will when I was speaking about it. I was not acting violent nor suicidal.

They pulled me down to the captains office, said they read my reports and they don't care because they're "paid good money" and I need to "stop yapping". Apparently the psych department reads my PREA reports, which are supposed to go directly to the DOJ.

The same orderly I've seen in + out at odd hours that was talking about taking them to union station also said they were killing protesters.

A guard also told me during rec the men yell that there are kids here, and last time I went to court I saw a bunch of guys that looked like teenagers. I've been told they use the food carts for trafficking, and one day the elevator opened on floor 3 + they were 2 carts with something thudding + moving inside.

I've been hearing women + children screaming for help through my vents since 12/29, in room 911 and in 941 when I first got here I'd hear men scream.

My lawyer wants me to go back to eugene to the same P.O.. I love my former P.O. she's also a victim/witness to this though and I had to report her for doing adrenochrome. I'm very traumatized from everything in eugene, the entire town was doing that. Running from this cult is what brought me to L.A. I guess I naively believed there was more good than bad

In people, and I didn't think the government was that evil. I thought the FBI would help.

Anyway, at the end of the day I give my fate in your hands.

I'm mostly writing this in hopes you might be able to get this place properly investigated. It's really traumatizing here, and access to that kind of stuff here (which is completely illegal) isn't going to help "correct" anyone.

This is supposed to be a place where people that harm other's go where they can hopefully not have those opportunities, nor be abused themselves. No one can heal in these circumstances, and the cycle of abuse ending is the only way the government, the people + the nation are ever going to be ok. I understand that the people doing this to us have probably been through it, but its got to stop. We're all extension's of God. We're all one bad situation away from being trapped in this. Please, if you have anyone you love and would never want to see this happen to, try to get this place investigated. I'll see you in court, God Bless You. I hope I'm not sending you the same letter over twice, I just don't know if I got the wrong address. Sincerely,

Amanda Lumbey



Amanda Walkers
#1551(5)
Metropolitan Detention Center
Los Angeles 531500
PO Box 531500
Los Angeles, CA
90053-1500

LOS ANGELES CA 900
14 JAN 2026 PM 4 L

Clerk, US District Court
Central District of California
Attn: Chambers of Stephan V. Wilson
Edward R. Roybal, Federal Building
+ US courthouse
255 E. Temple St
Los Angeles, CA
90012