## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No.: | 2:25-cr-00892-SVW | Date: | February 9, 2026 |
|---|---|---|---|

| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |
|---|---|
| Interpreter: | N/A |

| Daniel Tamayo | Laura Elias | Lauren Border |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Amanda Grace Wolberg | √ | √ | | Samuel Owen Cross DFPD | √ | √ | |

**Proceedings:**   SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

The Court ORDERS to be released forthwith.

|  | : | 32 |
|---|---|---|

Initials of Deputy Clerk   DTA