✎PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**FILED**
CLERK, U.S. DISTRICT COURT
3/3/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KM_____ DEPUTY

DOCKET NUMBER *(Tran. Court)*
2:25-CR-00892-SVW-1

DOCKET NUMBER *(Rec. Court)*
6:26-cr-00044-MC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ms. Amanda Grace Wolberg<br>Eugene, Oregon | Central of California | Western |
| | NAME OF SENTENCING JUDGE | |
| | Stephen V. Wilson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM February 9, 2026    TO February 8, 2027 |

**OFFENSE**
Simple Assault on a Person Assisting a Federal Officer in violation of 18 U.S.C. § 111(a)(1)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Wolberg resides in Oregon where she has ties, and she has no intention of returning to the Central District of California. The District of Oregon Probation Office requested jurisdiction so they expedite any future matters which may require the Court's attention.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    CENTRAL    DISTRICT OF    CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Oregon</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 19, 2026
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF    Oregon

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/26/2026
*Effective Date*

s/Michael J. McShane
*United States District Judge*