# United States District Court
## Central District of California
### Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

March 03, 2026

Clerk, United States District Court

_____ District of ___Oregon___

Wayne L. Morse U.S. Courthouse
405 East Eighth Avenue
Eugene OR 97401

Re:   Transfer of Our Case No.  2:25-CR-00892-SVW-1
      Assigned Your Case No.    6:26-cr-00044-MC
      Case Title:  USA v. Amanda Grace Wolberg

Dear Sir/Madam:

☐  Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter, which has been approved by this court. Please present to your court for approval.

Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please enter the number where indicated above, and return a copy of this letter as well.

☑  Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the copies of: 1) indictment/information, and 2) judgment and probationary order.

Please acknowledge receipt of these documents on the copy of this letter and return to this district.

Sincerely,

Clerk, U.S. District Court

By  /s/ A. Bandek
    Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, Transferee District

---

**Acknowledgment of Receipt**

Receipt is hereby acknowledged of the enclosures referred to above.

Clerk, U.S. District Court

_____          By _____
Date                                    Deputy Clerk

CR-22 (06/24)                **TRANSMITTAL LETTER - PROBATION TRANSFER OUT**